# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **RAUL MARQUEZ ROLDAN**<br>SSN xxx-xx-5165<br><br>Debtor(s) | CASE NO: **19-01488-ESL**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **03/20/2019**

Days From Petition Date: **36**

910 Days Before Petition: **09/21/2016**

Chapter 13 Plan Date: **03/20/2019** ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: **04/25/2019 at 1:00PM**

341 Meeting Date: **04/25/2019 at 1:00PM**

Confirmation Hearing Date: **06/05/2019 at 2:00PM**

Plan Base: **$10,500.00**   Plan Docket #**4**

This is the 1 scheduled meeting.

Total Paid In: **$175.00**

---

*APPEREANCES:  ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☒ Examined     ☐ Not Examined under Oath          ☐ Examined     ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present        ☒ None

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$325.00**    Outstanding (Through the Plan): **$2,675.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
                                                                        Projected Disposable Income: $ n/a

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00     Estimated Priority Debt: $ 0.00

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

The Trustee:     ☐ NOT OBJECTS    ☒ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: 1 %

§341 Meeting    ☐ CONTINUED    ☐ NOT HELD    ☒ CLOSED    ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Trustee to evaluate if Debtor is obliged file 2018 tax return in light of the new local tax law.

*OTHER COMMENTS / OBJECTIONS

NONE

/s/ Jose R. Carrion, Esq.              Meeting Date: Apr 25, 2019
        Trustee

/s/ Juliel Perez, Esq., Presiding Officer

Last Docket Verified: 10    Last Claim Verified: 3