Certificate Number: 14912-PR-DE-038480620

Bankruptcy Case Number: 19-01488


14912-PR-DE-038480620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2024</u>, at <u>3:39</u> o'clock <u>PM EDT</u>, <u>Raul Marquez</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

| | | |
|---|---|---|
| Date: | <u>May 15, 2024</u> | By: <u>/s/Jai Bhatt</u> |
| | | Name: <u>Jai Bhatt</u> |
| | | Title: <u>Counselor</u> |